# ATTACHMENT A

Facts

**(Retaliation)**

1. Superintendent Dr. Eric Rosser and Assistant Superintendent Dr. Timothy Wade Tried to have me fired through a nefarious scheme by presenting to the Poughkeepsie City School District that I was resigning which was not the truth. If I did not see on Boarddocs what they were trying to do and wrote each one of them before they voted, the Poughkeepsie City School Board would have accepted the false resignation, and I would have been fired through a false resignation. I would have to go through the process to try and get my job back and prove I did not resign.
2. I run an after-school program "The Mighty Young Techs" (one of the most successful after-school program in Poughkeepsie City School District history) for 5 years at Morse School. The Poughkeepsie City School District retaliated against "The Mighty Young Techs" because of their retaliation against me.
3. The Poughkeepsie City School District retaliated against me by banning my husband from Morse School for no reason, only prevarications from Principal Samantha Velez-Mitchell. My husband was banned from Morse School by Principal Mitchell because she told an untruth. By using buzz words against a Black man such as my *"presence in the building has resulted in many staff members feeling unsafe."* My husband has been coming to Morse school for many years including the 5 years the Mighty Young Techs™ were allowed to be housed at Morse school, without him having any incident ever at Morse school not even a minor problem.
4. Principal Samantha Velez-Mitchell, retaliated against me by trying to have my daughter arrested and banning her from Morse School, even though she had been volunteering in Morse School for 6 years without any problems. Also Volunteering in the Poughkeepsie City School District for over 10 years.
5. Principal Mitchell had the District Security Director Luis Melendez (which he was hired as Head of Security for the Poughkeepsie High School. Why is he even involved or are there are no more pressing issue at the PHS or even Poughkeepsie Middle School?) come to Morse school to interrogate my daughter about these boxes a week later as part of their retaliation against me.
6. The Poughkeepsie City School District has created a hostile work environment by having others in the building join in with their retaliation against me.

7. Principal Mitchell had all the Mighty Young Techs™ projects thrown out calling them garbage after stating in an email that "*your items will be packed up and stored*". This is more retaliation against me because the Mighty Young Techs are my program.
8. Band teacher Mr. Lynch while throwing out their projects, informed a student, a Mighty Young Tech, referring to their work said "this is trash" and proceeded to throw it away.
9. During a school day with heavy rain, all the children of the school went inside for dismissal, while Principal Mitchell forced the Mighty Young Techs™ to stand outside in the cold rain. More retaliation against because the Mighty Young Techs are my program.
10. Poughkeepsie City School District failed to abide by my ADA commendations.