UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL MELTON,

                          Plaintiff,

              -against-

POUGHKEEPSIE CITY SCHOOL DISTRICT,

                          Defendant.

24-CV-4420 (KMK)

ORDER OF SERVICE

KENNETH M. KARAS, United States District Judge:

Plaintiff, who is proceeding pro se, brings this Action against her employer,

Poughkeepsie City School District ("Defendant"), for discrimination and retaliation in violation

of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e–2000e-17, and the Americans

with Disabilities Act of 1990, 42 U.S.C. §§ 12112–17.  (*See generally* Compl. (Dkt. No. 1).)  By

order dated June 10, 2024, the Court granted Plaintiff's request to proceed in forma pauperis

("IFP"), that is, without prepayment of fees.  (*See* Order (Dkt. No. 4).)

I.  Discussion

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on

the Court and the U.S. Marshals Service to effect service.[1]  *See Walker v. Schult*, 717 F.3d. 119,

123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and

serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (explaining that courts must order

the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a
summons be served within ninety days of the date a complaint is filed, Plaintiff is proceeding IFP
and could not have effected service until the Court reviewed the instant Complaint and ordered
that a summons be issued.  The Court therefore extends the time to serve until ninety days after
the summons is issued.

To allow Plaintiff to effect service on Defendant Poughkeepsie City School District through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant.  The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the Complaint is not served within ninety days after the date the summons is issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the Action if Plaintiff fails to do so.

## II.  Conclusion

The Clerk of Court is respectfully instructed to issue a summons for Defendant Poughkeepsie City School District, complete the USM-285 form with the address for Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is also respectfully directed to mail an information package and a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   June 12, 2024
         White Plains, New York

_____
    KENNETH M. KARAS
    United States District Judge

## SERVICE ADDRESS FOR EACH DEFENDANT

1.      Poughkeepsie City School District
        18 South Perry Street
        Poughkeepsie, New York 12601